IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-CR-0399

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JAMES ROGER GALLEGOS,

        Defendant.

## UNOPPOSED MOTION FOR RELEASE FROM DETENTION

      James Roger Gallegos, through his counsel David G. Maxted of the law firm MAXTED LAW LLC, respectfully submits this unopposed motion for release from detention and to set conditions of release. Due to changed circumstances, the government has withdrawn its request for detention, and therefore the parties request that the Court set release conditions for Mr. Gallegos. Counsel states in support:

      1.    Mr. Gallegos is charged with one count of theft of government property, specifically a trailer, under 18 U.S.C. § 641. The allegations do not involve any weapons or violence.

      2.    Mr. Gallegos has lifelong ties to the community and a stable residence where he can reside pending this case in Rocky Ford, Colorado. He is a certified automotive technician and will seek employment if released.

      3.    At the detention hearing before Magistrate Judge Mix, the government requested detention and the Court granted that request after hearing argument from both sides. The parties

noted that Mr. Gallegos was still serving a Colorado state DOC sentence at the time. The matter was later set for trial on April 13, 2020.

4. Since that time, circumstances have dramatically changed for several reasons such that the parties now agree on Mr. Gallegos' release. First, Mr. Gallegos's release date in his state court sentence is tomorrow, March 21, 2020, and therefore this federal case will be the only matter detaining him. Second, since the detention hearing COVID-19 has become a global pandemic, including in Colorado. Guidelines from the Center for Disease Control urge strict measures to control the spread and prevent illness and deaths, Governor Polis has closed schools, public facilities, and establishments for an extended period of time, and both state and federal courts have taken drastic measures to reduce the risks of exposure to everyone involved in the justice system. Many court hearings have been continued for a month or longer. Jails and prisons are particularly vulnerable to the spread of disease given the close quarters and constant movement of air, people, and materials throughout the facility.

5. Undersigned counsel conferred with assigned AUSA Peter Hautzinger regarding these matters, and the government has agreed to change its position and no longer seek detention of Mr. Gallegos. Moreover, the parties have agreed to seek an ends of justice continuance in the case, which will be filed by separate motion on today's date. The parties therefore request that the Court issue a release order and set standard conditions of release for Mr. Gallegos.

WHEREFORE, for the foregoing reasons, James Roger Gallegos respectfully requests that this Court grant the unopposed motion for release from detention and set standard conditions of release.

DATED: March 20, 2020.

Respectfully submitted,

*s/ David G. Maxted*
David G. Maxted
MAXTED LAW LLC
1543 Champa Street Suite 400
Denver, CO 80202
dave@maxtedlaw.com
720-717-0877

*Attorney for James Roger Gallegos*

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2020, I electronically filed the foregoing *Unopposed Motion for Release from Detention* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties.

*s/ David Maxted*
David Maxted