**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Criminal Action No. 19-cr-00399-CMA-GPG

UNITED STATES OF AMERICA,

     Plaintiff,

v.

JAMES ROGER GALLEGOS,

     Defendant.

---

**ORDER ADOPTING AND AFFIRMING AUGUST 5, 2020 RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the Recommendation of Magistrate Judge Gallagher (Doc. #41). The Court notes that pursuant to the terms of the written plea agreement, Defendant entered a plea of guilty to Count One of the Indictment which charged violation of 18 U.S.C. § 641, theft of Government property. The Court also notes that Defendant consented to Magistrate Judge Gallagher advising him with regard to his Constitutional rights and his rights pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Magistrate Judge Gallagher conducted the Rule 11 hearing on August 5, 2020,  at which time he appropriately advised the Defendant of his rights and made inquiry as to the Defendant's understanding of the charges, the terms of the plea agreement, the voluntariness of his plea, and of the consequences of pleading guilty.

Based on that hearing Magistrate Judge Gallagher recommended that the District Court

Judge accept Defendant's plea of guilty to Count One of the Indictment.

Neither the Defendant nor the Government has filed any objections to the

Magistrate Judge's Recommendation; therefore, it is ORDERED THAT:

1. Court Exhibits 1 and 2 are accepted and admitted.
2. The plea as made in open court on August 5, 2020, is accepted and the Defendant is adjudged guilty of violation of 18 U.S.C. § 641, theft of Government property.

DATED: September 2, 2020

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge